FILED: August 20, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1523
(1:17-cv-00677-LO-TCB)
_____

ANDREW CHIEN

      Plaintiff - Appellant

v.

COMMONWEALTH OF VA; MARK R. HERRING, Attorney General; CHESTERFIELD COUNTY; KARL S. LEONARD, Sheriff of Chesterfield County; FREDERICK G. ROCKWELL, III, Judge of Chesterfield Circuit Court; JUDY L. WORTHINGTON, former Clerk of Chesterfield Circuit Court; MARY E. CRAZE, Deputy Clerk of Chesterfield Circuit Court; WENDY S. HUGHES, Clerk of Chesterfield Circuit Court; DONALD W. LEMONS, Chief Justice of VA Supreme Court; GLEN A. HUFF, Chief Judge of VA Court of Appeals; W. ALLAN SHARRETT, Hon., Chief Judge, Prince George Circuit Court; DENNIS S. PROFFITT

      Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                           /s/ PATRICIA S. CONNOR, CLERK