FILED: September 26, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1523
(1:17-cv-00677-LO-TCB)
_____

ANDREW CHIEN

        Plaintiff - Appellant

v.

COMMONWEALTH OF VA; MARK R. HERRING, Attorney General; CHESTERFIELD COUNTY; KARL S. LEONARD, Sheriff of Chesterfield County; FREDERICK G. ROCKWELL, III, Judge of Chesterfield Circuit Court; JUDY L. WORTHINGTON, former Clerk of Chesterfield Circuit Court; MARY E. CRAZE, Deputy Clerk of Chesterfield Circuit Court; WENDY S. HUGHES, Clerk of Chesterfield Circuit Court; DONALD W. LEMONS, Chief Justice of VA Supreme Court; GLEN A. HUFF, Chief Judge of VA Court of Appeals; W. ALLAN SHARRETT, Hon., Chief Judge, Prince George Circuit Court; DENNIS S. PROFFITT

        Defendants - Appellees

_____

M A N D A T E
_____

        The judgment of this court, entered August 20, 2018, takes effect today.

        This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*